**Opinion issued January 27, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00920-CV

————————————

**PRASLA PROPERTY, INC., NAVROZ K. PRASLA, MEDIA FILMS CRAFT, INC., AND NAVROZMEDIANETWORK, INC., Appellants**

**V.**

**SPARK WEALTH INVESTMENTS, LLC, Appellee**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 24-DCV-319828**

---

## MEMORANDUM OPINION

Appellants Prasla Property, Inc., Navroz K. Prasla, Media Films Craft, Inc., and Navrozmedianetwork, Inc. filed their notice of appeal on November 3, 2025. Appellants did not pay their appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207,

51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). The Clerk of this Court notified appellants that unless they paid the appellate filing fee by December 29, 2025, their appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, appellants have not responded to the Clerk's notice, nor paid the appellate filing fee or established indigence for purposes of appellate costs.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b)–(c), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.